Abraham J. Colman (SBN 146933)
(acolman@reedsmith.com)
Jordan S. Yu (SBN 227341)
(jsyu@reedsmith.com)
Raymond Y. Kim (SBN 251210)
(rkim@reedsmith.com)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER A. CALDERON<br><br>              Plaintiff,<br><br>     vs.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, GREENPOINT MORTGAGE, and DOES 1-50, inclusive.<br><br>              Defendants. | Case No. CV 09-0485 R<br><br>[Hon. Manuel L. Real]<br><br>**ORDER AWARDING ATTORNEY'S FEES**<br><br>Complaint Filed:          November 6, 2008<br><br>[Filed concurrently with:<br>1. Notice of Lodging; and<br>2. Declaration of Raymond Y. Kim.] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to the Court's May 7, 2009 Order dismissing Plaintiff Walter A. Calderon's ("Plaintiff") Complaint against Defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") and ordering Plaintiff's counsel, Mitchell W. Roth and MW Roth PLC, jointly and severally, to pay Greenpoint its attorney's fees,

The Court hereby ORDERS that:

Mitchell W. Roth and MW Roth PLC, jointly and severally, shall pay attorney's fees of $22,127.87 incurred by Greenpoint in defending this action.

**IT IS SO ORDERED**

DATED:  May 22, 2009

_____
Honorable Manuel L. Real
United States District Court Judge
Central District of California

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

-1-
PROOF OF SERVICE

CV 09-0485 FMC (RZx)

US_ACTIVE-101681572.2