Abraham J. Colman (SBN 146933)
(acolman@reedsmith.com)
Jordan S. Yu (SBN 227341)
(jsyu@reedsmith.com)
Raymond Y. Kim (SBN 251210)
(rkim@reedsmith.com)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER A. CALDERON<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, GREENPOINT MORTGAGE, and DOES 1-50, inclusive.<br><br>　　　　　Defendants. | Case No. CV 09-0485 R<br><br>[Hon. Manuel L. Real]<br><br>**JUDGMENT**<br><br>Complaint Filed:　　November 6, 2008<br><br>[Filed concurrently with Notice of Lodging.] |

1  This action came before the Court, the Honorable Manuel L. Real, District
2  Judge presiding, on Defendant GreenPoint Mortgage Funding, Inc.'s ("GreenPoint")
3  Motion to Dismiss.  The Court found the matter appropriate for decision without oral
4  argument and dismissed Plaintiff Walter A. Calderon's ("Plaintiff") Complaint
5  without leave to amend.  For the reasons set forth in the Court's May 7, 2009 (In
6  Chambers) Order Dismissing Action For Failure to Timely File Amended Complaint,
7  and the documents and evidence presented having been fully considered, and the
8  Order having been duly entered in favor of GreenPoint on May 7, 2009,

   IT IS ORDERED AND ADJUDGED that the action be dismissed on the merits, that Plaintiff Walter A. Calderon take nothing, that judgment be entered in favor of Defendant GreenPoint Mortgage Funding, Inc. and against Plaintiffs Walter A. Calderon, and that Defendant GreenPoint Mortgage Funding, Inc. recover its fees and costs.

   **IT IS SO ORDERED**

   DATED:  May 22, 2009

   _____
   Honorable Manuel L. Real
   United States District Court Judge
   Central District of California